CHRISTOPHER J. PASSARELLI, State Bar No. 241174
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
JESSICA GAUL and GAUL INNOVATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Chanel, Inc., | CASE NO. CV 14-03105 JSW |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| Jessica Gaul, et al., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Jessica Gaul and Gaul Innovations, LLC.

///

///

///

///

///

Dated: 9/16/2014

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
Christopher J. Passarelli

1455 First Street, Ste. 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Defendants,
JESSICA GAUL and GAUL INNOVATIONS, LLC

# PROOF OF SERVICE

I declare that I am over the age of 18 years, employed in the County of Napa, and not a party to the within action; my business address is 1455 First Street, Ste. 301, Napa, CA 94559. On September 15, 2014, I served the attached **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the person(s) listed below:

> Karen K. Gupton
> dba The Trendy Baby
> aka thetrendybaby.com
> 2425 Stately Oaks Drive
> Raleigh, NC 27614

by enclosing a true copy in a sealed envelope addressed as shown above and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 15, 2014, at Napa, California.

Jaymie Kilgore
Legal Secretary

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS        3        CV14-03105 JSW