KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

Attorneys for Plaintiff CHANEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>JESSICA GAUL, an individual, GAUL INNOVATIONS, LLC,  a limited liability company, d/b/a KAYDEN GRACE DESIGNS a/k/a KAYDENGRACEDESIGNS.COM, KAREN K. GUPTON a/k/a KAREN KEARNEY GUPTON, an individual, d/b/a THE TRENDY BABY a/k/a THETRENDYBABY.COM, MARGARET A. MALTO, an individual, d/b/a LUNABELLE BOUTIQUE a/k/a LUNABELLEBOUTIQUE.COM, and DOES 1-10,<br><br>             Defendants. | Case No. 14-cv-03105-JSW<br><br>PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date: October 10, 2014<br>Proposed Date: November 14, 2014 |

Plaintiff Chanel, Inc. ("Plaintiff") has settled in principle with Defendants Jessica Gaul, an individual, Gaul Innovations, LLC, a limited liability company, d/b/a Kayden Grace Designs a/k/a kaydengracedesigns.com ("Gaul") and Margaret Malto, an individual, d/b/a Lunabelle Boutique, a/k/a  lunabellboutique.com ("Malto") (collectively referred to herein as the "Parties").[1]

---

[1] On September 18, 2014, the Clerk entered default (e-docket 40) against Defendant Karen K. Gupton a/k/a Karen Kearney Gupton, and individual, d/b/a The Trendy Baby, a/k/a

The Parties are in the process of exchanging draft settlement agreements.  The Parties anticipate finalizing the settlement within the next thirty (30) days.

The Case Management Conference in this case is currently scheduled for October 10, 2014 at 11:30 a.m., and the deadline to file a Joint CMC Statement is October 3, 2014.

Accordingly, for the sake of judicial economy, Chanel requests that the Case Management Conference be continued from October 10, 2014, for a period of thirty (30) days, or after November 10, 2014, to allow the Parties sufficient time to finalize their settlement and conclude this matter.  Chanel also requests that the Joint CMC Statement be continued accordingly.

Defendants Gaul and Malto do not object to this Request.

Respectfully, Submitted,

Dated: October 1, 2014                KELLER, SLOAN, ROMAN & HOLLAND LLP


By: ____/s/_____
       Anne E. Kearns
       Attorneys for Plaintiff Chanel, Inc.

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Case Management Conference in this case, currently scheduled for October 10, 2014 is now continued to November 14, 2014, at 11:00 a.m. in this Courtroom, and that the CMC Statement, due on October 3, 2014 is continued accordingly.

**IT IS SO ORDERED.**

Dated: _____, 2014         _____
                                     Honorable Judge Jeffrey S. White
                                     UNITED STATES DISTRICT COURT JUDGE

---

thetrendybaby.com ("Gupton").   Plaintiff is in the processing of preparing its Motion for Entry of Final Default Judgment and Permanent Injunction against Defendant Gupton, and will file said Motion with the Court within the next thirty (30) days from the date of this Stipulation.